(No. 1634—

J. B. ANDERSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

C. W. MIDDLEKAUFF AND R. M. EATON, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL I. DIETZ, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

The claimant filed this claim for damages to his residence on account of the construction of a hard road in front of the same for damages to the amount of $1,250.

It is stipulated and agreed between counsel for claimant and Attorney General for the State that the claimant's damages amount to $1,250.00.

The court, on the stipulation of counsel, grants an award for $1,250 to claimant.